CLOSED,SEALEDDOC

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-00067-JAW-1

Case title: USA v. JENKINS et al

Date Filed: 04/08/2008

Date Terminated: 06/25/2009

---

Assigned to: JUDGE JOHN A.
WOODCOCK, JR

Appeals court case number: 15-1899 First
Circuit Court of Appeals

**Defendant (1)**

**STANLEY JENKINS**
*TERMINATED: 06/25/2009*

represented by **STANLEY JENKINS**
26892-038
FCI SCHUYLKILL
PO BOX 759
MINERSVILLE, PA 17954-0759
PRO SE

**DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
P.O. BOX 595
PORTLAND, ME 04112-0595
207-553-7070 ext. 101
Fax: 207-553-7017
Email: David.Beneman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**BRUCE M. MERRILL**
225 COMMERCIAL STREET
SUITE 501
PORTLAND, ME 04101
775-3333
Email: mainelaw@maine.rr.com
*TERMINATED: 02/12/2015*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| CONSPIRACY TO DISTRIBUTE COCAINE BASE IN VIOLATION OF 21:846, 841(a)(1) (1ss) | **By Order dated 07/23/2015 the sentence is reduced to 168 Months*** Original Sentence: Imprisonment of 210 months to be served concurrently with Count 6 of the Second Superseding Indictment; 5 years of supervised release to be served concurrently with Count 6 of the Second Superseding Indictment; $100 special assessment; and $1,200 fine. |
| CONSPIRACY TO WILLFULLY ENGAGE IN THE BUSINESS OF DEALING FIREARMS WITHOUT BEING A LICENSED DEALER OF FIREARMS, IN VIOLATION OF 18:922(a)(1)(A), 923(a) and 924(a)(1)(D) (6ss) | **By Order dated 07/23/2015 the sentence is reduced to 168 Months*** Original Sentence:Imprisonment of 60 months to be served concurrently with Count 1 of the Second Superseding Indictment; 3 years of supervised release to be served concurrently with Count 1 of the Second Superseding Indictment; and $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE IN VIOLATION OF 21:846 and 841(a)(1) and 18:2 (1) | Superseded. |
| CONSPIRACY TO DISTRIBUTE COCAINE BASE IN VIOLATION OF 21:846 and 841(a)(1) and 18:2 (1s) | Superseded. |
| DISTRIBUTION OF COCAINE BASE IN VIOLATION OF 21:841(a)(1) and 18:2 (2ss-3ss) | Dismissed on Motion of Government. |
| FALSE STATEMENTS TO A LICENSED FEDERAL FIREARMS DEALER IN CONNECTION WITH THE ACQUISITION OF FIREARMS IN VIOLATION OF 18:922(a)(6) (7ss) | Dismissed on Motion of Government. |
| FALSE STATEMENTS TO A LICENSED FEDERAL FIREARMS DEALER IN CONNECTION WITH THE ACQUISITION OF FIREARMS IN | Dismissed on Motion of Government. |

VIOLATION OF 18:922(a)(6), 924(a)(2)
and 2
(8ss)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Claimant**

| | | |
| --- | --- | --- |
| **GREGORY MORRISON** | represented by | **JOSEPH H. GROFF , III** |
| *TERMINATED: 04/24/2009* | | JENSEN, BAIRD, GARDNER & HENRY |
| | | TEN FREE STREET |
| | | P.O. BOX 4510 |
| | | PORTLAND, ME 04112 |
| | | 775-7271 |
| | | Email: jgroff@jbgh.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Claimant**

| | | |
| --- | --- | --- |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC** | represented by | **BENJAMIN P. CAMPO , JR.** |
| *TERMINATED: 04/24/2009* | | DOUGLAS MCDANIEL & CAMPO |
| | | 490 WALNUT HILL ROAD |
| | | NORTH YARMOUTH, ME 04097 |
| | | 207-591-5747 |
| | | Fax: 207-591-5752 |
| | | Email: bcampo@douglasmcdaniel.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **DANIEL J. PERRY** |
| | | U.S. ATTORNEY'S OFFICE |
| | | DISTRICT OF MAINE |
| | | 100 MIDDLE STREET PLAZA |
| | | PORTLAND, ME 04101 |
| | | 207-780-3257 |
| | | Email: dan.perry@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**DONALD E. CLARK FORMER AUSA**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email: usame.formerausa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARGARET D. MCGAUGHEY**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email:
USAME.FORMERAUSA@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS E DELAHANTY , II**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
207-780-3257
Email: USAME.FormerAUSA@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | MOTION to Seal by USA as to STANLEY JENKINS (mnw) (Entered: 04/09/2008) |
| 04/08/2008 | 2 | ORDER granting 1 Motion to Seal as to STANLEY JENKINS (1) By MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 04/09/2008) |
| 04/08/2008 | 3 | INDICTMENT as to STANLEY JENKINS (1) count(s) 1. (mnw) (Additional attachment(s) added on 8/22/2011: # 1 Unredacted Document Available at the Clerk's Office) (lrc). (Entered: 04/09/2008) |
| 04/08/2008 | 4 | SYNOPSIS as to STANLEY JENKINS (mnw) (Entered: 04/09/2008) |
| 04/08/2008 | 5 | PRAECIPE FOR WARRANT by USA as to STANLEY JENKINS (mnw) (Entered: 04/09/2008) |

| 04/08/2008 | 6 | Arrest Warrant Issued by SUSAN DURST, DEPUTY CLERK as to STANLEY JENKINS.Original delivered to U.S. Marshals Service. (mnw) (Entered: 04/09/2008) |
| 04/29/2008 | 7 | SUPERSEDING INDICTMENT as to STANLEY JENKINS (1) count 1s. (mnw) (Additional attachment(s) added on 8/22/2011: # 1 Unredacted Document Available at the Clerk's Office) (lrc). (Entered: 04/30/2008) |
| 04/29/2008 | 8 | SYNOPSIS (SUPERSEDING) as to STANLEY JENKINS (mnw) (Entered: 04/30/2008) |
| 04/29/2008 | 9 | PRAECIPE FOR WARRANT by USA as to STANLEY JENKINS (mnw) Modified entry on 8/21/2008 to unseal entry to make it publicly avaiable; Defendatn arrested 04/30/2008. (lnd) (Entered: 04/30/2008) |
| 04/30/2008 | 10 | Arrest Warrant Issued by SUSAN DURST, DEPUTY CLERK as to STANLEY JENKINS.Original delivered to U.S. Marshals Service. (mnw) Modified entry on 8/21/2008 to unseal entry to make it publicly avaiable; Defendatn arrested 04/30/2008. (lnd) (Entered: 04/30/2008) |
| 04/30/2008 | | Arrest of STANLEY JENKINS in MA per US Marshal Service. (slh) (Entered: 05/01/2008) |
| 05/14/2008 | 12 | SECOND SUPERSEDING INDICTMENT as to STANLEY JENKINS (1) count(s) 1ss, 2ss-3ss, 6ss, 7ss, 8ss, JANEE LEARY (2) count(s) 1, 2-3, ROLAND DAVIS (3) count(s) 1, 6, 7, 8, PATRICIA MORRISON (4) count(s) 1, 5, 6, GREGORY ODOM (5) count(s) 1, 4. (mnw) (Additional attachment(s) added on 8/25/2011: # 1 Unredacted Document Available at the Clerk's Office) (lrc). (Entered: 05/15/2008) |
| 05/14/2008 | 13 | SYNOPSIS as to STANLEY JENKINS (mnw) (Entered: 05/15/2008) |
| 05/15/2008 | 11 | MOTION for Detention by USA as to STANLEY JENKINS Responses due by 6/5/2008. (PERRY, DANIEL) (Entered: 05/15/2008) |
| 05/16/2008 | 34 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III.Initial Appearance held as to STANLEY JENKINS. Attorney Appointment Hearing held as to STANLEY JENKINS. Added attorney BRUCE M. MERRILL for STANLEY JENKINS. Arraignment held as to STANLEY JENKINS (1) Counts 1-3, 6-8, Plea entered: Not Guilty on Counts 1-3, 6-8; Plea Accepted. Detention Hearing set for 5/27/2008 at 1:30 PM in Hearing Room, Portland before MAGISTRATE JUDGE JOHN H. RICH III. Defendant remanded to U.S. Marshal. (Court Reporter FTR) (mnw) (Entered: 05/19/2008) |
| 05/16/2008 | 35 | ORDER IN RESPECT TO DISCOVERY as to STANLEY JENKINS. Speedy Trial Exclusion XT Started: 05/16/08 - 06/14/08. Motions due by 6/14/2008. Ready for Trial on 6/30/2008. By MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 05/19/2008) |
| 05/16/2008 | 36 | ORDER OF TEMPORARY DETENTION as to STANLEY JENKINS - Detention Hearing set for 5/27/2008 at 1:30 PM in Hearing Room, Portland before MAGISTRATE JUDGE JOHN H. RICH III. By MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 05/19/2008) |

| 05/20/2008 | 40 | CJA 20 as to STANLEY JENKINS: Appointment of Attorney BRUCE M. MERRILL for STANLEY JENKINS; Original form to defense counsel. Signed by Deputy Clerk Hall per order of MAGISTRATE JUDGE JOHN H. RICH III on 5/16/08. (slh) (Entered: 05/20/2008) |
|---|---|---|
| 05/23/2008 | | Reset Deadlines as to STANLEY JENKINS, ROLAND DAVIS, PATRICIA MORRISON. Motions Deadline reset to 6/16/2008. (Deadline reset as the previously set deadline of 06/14/2008 fell on a Saturday) (mnw) (Entered: 05/23/2008) |
| 05/27/2008 | | Reset Deadlines as to STANLEY JENKINS, ROLAND DAVIS, PATRICIA MORRISON - Ready for Trial deadline reset to 8/4/2008 due to Discovery Order #54 giving co-defendants Janee Leary and Gregory Odom an 8/4/2008 Ready for Trial deadline. (mnw) (Entered: 05/28/2008) |
| 05/27/2008 | 57 | Minute Entry for proceedings held before MAGISTRATE JUDGE JOHN H. RICH III.Detention Hearing held as to STANLEY JENKINS. Defendant ordered detained and remanded to the U.S. Marshal. (Court Reporter FTR) (mnw) (Entered: 05/28/2008) |
| 05/27/2008 | 58 | COURT WITNESS LIST from Detention Hearing held on 05/27/08 as to defendant STANLEY JENKINS (mnw) (Entered: 05/28/2008) |
| 05/29/2008 | 65 | ORDER OF DETENTION as to STANLEY JENKINS - By MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 05/30/2008) |
| 06/13/2008 | 81 | Unopposed MOTION to Extend Time Enlarge motion deadline through July 18, 2008 by PATRICIA MORRISON as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM Responses due by 7/7/2008. (BENEMAN, DAVID) (Entered: 06/13/2008) |
| 06/13/2008 | 82 | TRIAL LIST as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM. Jury Selection set for 8/4/2008 09:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. On Trial List for 8/4/2008. Trial Brief due by 7/21/2008. (lnd) (Entered: 06/13/2008) |
| 06/13/2008 | 83 | SPEEDY TRIAL ORDER granting 81 Motion to Extend Time as to STANLEY JENKINS (1), JANEE LEARY (2), ROLAND DAVIS (3), PATRICIA MORRISON (4), GREGORY ODOM (5). By MAGISTRATE JUDGE JOHN H. RICH III. (mnw) (Entered: 06/13/2008) |
| 06/13/2008 | | Reset Deadlines as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM - Per Speedy Trial Order #83: Motions due by 7/18/2008. (mnw) (Entered: 06/13/2008) |
| 06/16/2008 | 84 | Amended TRIAL LIST as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM. Jury Selection set for 8/4/2008 09:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. On Trial List for 8/4/2008. Trial Brief due by 7/28/2008. (lnd) Modified docket entry text on 6/16/2008 to correctly reflect that this filing is an Amended Trial List. (lnd) (Entered: 06/16/2008) |
| 06/30/2008 | 86 | Amended TRIAL LIST as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM. Jury Selection set for 8/4/2008 09:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. On Trial List for 8/4/2008. Trial Brief due by 7/28/2008. (lnd) (Entered: 06/30/2008) |

| 07/18/2008 | 90 | MOTION for Bill of Particulars by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
|---|---|---|
| 07/18/2008 | 91 | MOTION for Discovery *(Brady and Giglio)* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 92 | MOTION for Order *to Preserve and Produce Rough Notes* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 93 | MOTION for Order *To Produce Personnel Files* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 94 | MOTION in Limine by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 95 | MOTION in Limine *for Hearing Regarding Conspiracy Evidence* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 96 | MOTION for Leave to File *to Join in Motions of Co-Defendants* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 97 | MOTION for Leave to File *Supplemental Pretrial Motions* by STANLEY JENKINS Responses due by 8/8/2008. (MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 98 | MOTION to Sever *(Based upon Bruton)* by STANLEY JENKINS Responses due by 8/8/2008. (Attachments: # 1 Exhibit SW Affidavit - Part A, # 2 Exhibit SW Affidavit of Agent McVane - Part B)(MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 99 | MOTION to Suppress *Evidence* by STANLEY JENKINS Responses due by 8/8/2008. (Attachments: # 1 Exhibit SW Affidavit of Agent McVane - Part A, # 2 Exhibit SW Affidavit of Agent McVane - Part B)(MERRILL, BRUCE) (Entered: 07/18/2008) |
| 07/18/2008 | 100 | NOTICE as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM. Please be advised that due to the pending motion to suppress as to Defendant Stanley Jenkins this case has been removed from Judge Hornby's August 04, 2008 criminal trial list. Case will be placed on Judge Hornby's September 08, 2008 criminal trial list. Ready for Trial on 9/8/2008. (lnd) (Entered: 07/18/2008) |
| 07/29/2008 | 105 | NOTICE as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM - Please be advised that due to the pending motions as to defendants Jenkins and Morrison, this case will not be placed on Judge Hornby's September 8, 2008 criminal trial list. If appropriate, case will be placed on Judge Hornby's October 6, 2008 criminal trial list. Ready for Trial deadline reset to 10/6/2008. (mnw) (Entered: 07/29/2008) |
| 08/06/2008 | 110 | RESPONSE in Opposition by USA as to STANLEY JENKINS re 90 MOTION for Bill of Particulars, 96 MOTION for Leave to File *to Join in Motions of Co-Defendants*, 93 MOTION for Order *To Produce Personnel Files*, 94 MOTION in Limine, 98 MOTION to Sever *(Based upon Bruton)*, 92 MOTION for Order *to Preserve and Produce Rough Notes*, 97 MOTION for Leave to File *Supplemental Pretrial Motions*, 95 MOTION in Limine *for Hearing Regarding Conspiracy Evidence*, 91 MOTION for Discovery *(Brady and Giglio)* Reply due by 8/18/2008. (PERRY, DANIEL) (Entered: 08/06/2008) |

| 08/08/2008 | 111 | RESPONSE in Opposition by USA as to STANLEY JENKINS re 99 MOTION to Suppress *Evidence* Reply due by 8/19/2008. (PERRY, DANIEL) (Entered: 08/08/2008) |
|---|---|---|
| 08/15/2008 | 118 | REPLY TO RESPONSE to 99 MOTION to Suppress *Evidence* by STANLEY JENKINS (MERRILL, BRUCE) (Entered: 08/15/2008) |
| 08/19/2008 | | Reset Deadlines as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM - Due to the pending motions as to defendants Jenkins and Morrison: Ready for Trial deadline reset to 11/3/2008. (mnw) (Entered: 08/19/2008) |
| 08/27/2008 | 121 | MOTION to Seal, MOTION *to Supplement Motion #99 to Suppress* by STANLEY JENKINS (Attachments: # 1 Exhibit - Report Number 19, # 2 Exhibit - Report Number 21, # 3 Exhibit - Report Number 23, # 4 Exhibit - Report Number 30)(mnw) Modified on 8/27/2008 to unseal the main document. The motion is unsealed but the attachments remain sealed. (mnw). (Entered: 08/27/2008) |
| 08/27/2008 | 122 | ORDER granting without objection 121 Motion to Seal as to STANLEY JENKINS (1). The four ATF reports shall be filed under seal at the request of both parties. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) Modified on 8/27/2008 unsealing entry since Motion #121 is not sealed. (lnd) (Entered: 08/27/2008) |
| 08/27/2008 | 123 | ORDER granting without objection 121 Sealed Motion as to STANLEY JENKINS (1). The defendant's motion to suppress shall be supplemented by the four ATF reports, filed under seal. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) Modified on 8/27/2008 unsealing entry since Motion #121 is not sealed. (lnd) (Entered: 08/27/2008) |
| 08/28/2008 | 124 | ORDER denying 90 Motion for Bill of Particulars as to STANLEY JENKINS (1). This ruling is based upon a careful review of the indictment and the written submissions of the parties on the motion. I conclude that the indictment is sufficient to apprise the defendant of the nature of the charges made against him so as to permit him to prepare for and present an adequate defense at trial, and that it is sufficient to be pleaded by him in bar of any further prosecution for criminal acts within the four corners of the indictment. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 08/28/2008 | 125 | ORDER denying 91 Motion for Discovery as to STANLEY JENKINS (1). The government has acknowledged its obligation to provide Brady and Giglio information in a timely manner. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 08/28/2008 | 126 | ORDER granting in part and denying in part 92 Motion for Order as to STANLEY JENKINS (1). I grant that part of the motion which seeks an order directing the government to preserve all rough notes and other original documents prepared by the various law enforcement agents and officers during the course of their investigation in this matter and, on the showing made, deny that part of the motion which seeks an order of production of such documents at this time. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 08/28/2008 | 127 | ORDER denying 93 Motion for Order as to STANLEY JENKINS (1). Denied in the absence of any showing that any of the requested personnel files contain any |

| | | impeaching or material evidence. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
|---|---|---|
| 08/28/2008 | 128 | ORDER denying 94 Motion in Limine as to STANLEY JENKINS (1). This motion is denied without prejudice to the filing of specific, context-developed in limine motions and requests for any necessary evidentiary hearings thereon. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 08/28/2008 | 129 | ORDER granting without objection 96 Motion for Leave to Join in Motions of Co-Defendants as to STANLEY JENKINS (1). Without objection, the defendant is granted leave to join in appropriate motions timely filed by co-defendants. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 08/28/2008 | 130 | ORDER denying 97 Motion for Leave to File Supplemental Pretrial Motions as to STANLEY JENKINS (1). This denial is without prejudice to renewal of the motion upon a showing of specific need. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 08/28/2008) |
| 09/29/2008 | 133 | REPORT AND RECOMMENDED DECISION as to STANLEY JENKINS re 99 MOTION to Suppress *Evidence* Objections to R&R due by 10/17/2008 By MAGISTRATE JUDGE JOHN H. RICH III. (lrc) (Entered: 09/29/2008) |
| 09/29/2008 | 134 | ORDER denying 95 Motion for a Preliminary Hearing as to STANLEY JENKINS (1). The First Circuit has directed trial courts, in making so-called Petrozziello determinations regarding admissibility of co-conspirators' out-of-court statements, to follow the procedure mapped out in United States v. Ciampaglia, 628 F.2d 632, 638 (1st Cir. 1980), which includes conditional admission of such statements at trial upon proper objection, and final adjudication of their admissibility at the close of all of the evidence, see, e.g., United States v. Mangual-Garcia, 505 F.3d 1, 7-8 (1st Cir. 2007). The requested preliminary hearing for purposes of making Petrozziello determinations is at odds with that procedure and therefore denied. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 09/29/2008) |
| 09/29/2008 | 135 | ORDER granting in part and denying in part 98 Motion to Sever Defendant as to STANLEY JENKINS (1). The defendant sought either severance of his trial pursuant to Federal Rule of Criminal Procedure 14 or an order directing the government to "Brutonize," or redact, a written statement of co-defendant Gregory Odom in such a manner as to avoid incriminating the defendant, potentially violating his rights pursuant to Bruton v. United States, 391 U.S. 123 (1968). Because severance is disfavored, see, e.g., United States v. Flores-Rivera, 56 F.3d 319, 325 (1st Cir. 1995), and the government has represented that it is able and willing to redact Odom's statement, the motion is denied to the extent that it seeks severance and granted to the extent that it seeks an order directing the government to redact Odom's statement so as not to implicate the defendant's rights under Bruton. By MAGISTRATE JUDGE JOHN H. RICH III. (RICH III, JOHN) (Entered: 09/29/2008) |
| 09/30/2008 | 136 | NOTICE as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM. Please be advised that due to the pending motions as to defendants Jenkins and Morrison, this case will not be placed on Judge Hornby's November 03, 2008 criminal trial list. If appropriate, case will be placed on Judge Hornby's December 01, 2008 criminal trial list. Ready for Trial on 12/1/2008. (lnd) (Entered: 09/30/2008) |

| 10/21/2008 | 145 | ORDER adopting Report and Recommended Decision re 133 Report and Recommendations as to STANLEY JENKINS (1) By JUDGE D. BROCK HORNBY. (HORNBY, D.) (Entered: 10/21/2008) |
|---|---|---|
| 10/31/2008 | 147 | NOTICE as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM- Please be advised that due to the pending Motion to Suppress, this case will not be placed on Judge Hornby's December, 2008 Criminal Trial List. This case will be placed on a Trial List once the Court has ruled on the Motion to Suppress. (lrc) (Entered: 10/31/2008) |
| 10/31/2008 | | Reset Deadlines as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM : Ready for Trial on 1/5/2009. (lrc) (Entered: 10/31/2008) |
| 11/28/2008 | 149 | TRIAL LIST as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM - Jury Selection set for 1/5/2009 at 9:00AM before JUDGE D. BROCK HORNBY. On Trial List for 1/5/2009. Trial Brief due by 12/29/2008. (mnw) (Entered: 11/28/2008) |
| 12/10/2008 | 152 | NOTICE OF HEARING as to STANLEY JENKINS. Change of Plea Hearing set for 12/23/2008 10:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (Check for Receipt of Prosecution Version and any Plea Agreement on 12/19/2008). (lnd) (Entered: 12/10/2008) |
| 12/19/2008 | 159 | PROSECUTION VERSION as to STANLEY JENKINS (PERRY, DANIEL) (Entered: 12/19/2008) |
| 12/23/2008 | 166 | NOTICE OF continued Change of Plea HEARING (Time Only) as to STANLEY JENKINS. Please be advised that the Change of Plea Hearing is to reconvene later today, 12/23/2008, at 03:00 P.M. in Courtroom 2 before JUDGE D. BROCK HORNBY. (lnd) (Entered: 12/23/2008) |
| 12/23/2008 | 169 | Minute Entry for proceedings held before JUDGE D. BROCK HORNBY: Conference of Counsel held as to STANLEY JENKINS re colloquy issue(s), plea agreement, elements of the prosecution version, and briefing schedule. Change of Plea Hearing held as to STANLEY JENKINS as to Count One (1) of the Second Superseding Indictment. Court did not accept the guilty plea. Matter will proceed to trial. For reasons stated on the record, counsel to file a Motion to Continue to next trial list no later than by 12/30/2008 and counsel to contact the Clerk's office to let the court know an agreed briefing schedule by 12/24/2008. (Court Reporter Lori Dunbar) (lnd) (Entered: 12/23/2008) |
| 12/24/2008 | | Set Deadlines as to STANLEY JENKINS: Government's Brief due by 1/9/2009. Defendant's Brief due by 1/16/2009. (mnw) (Entered: 12/24/2008) |
| 12/24/2008 | 184 | Joint MOTION to Continue *Trial and Exclude Time Under Speedy Trial Act* by USA as to STANLEY JENKINS Responses due by 1/14/2009. (PERRY, DANIEL) |

| | | (Entered: 12/24/2008) |
|---|---|---|
| 12/29/2008 | 185 | SPEEDY TRIAL ORDER granting 184 Motion to Continue as to STANLEY JENKINS (1). By JUDGE D. BROCK HORNBY. (mnw) (Entered: 12/29/2008) |
| 12/29/2008 | | Reset Deadlines as to STANLEY JENKINS - Per Speedy Trial Order #185: Ready for Trial on 2/2/2009. (mnw) (Entered: 12/29/2008) |
| 12/31/2008 | 186 | TRIAL LIST as to STANLEY JENKINS. Jury Selection set for 2/2/2009 09:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. On Trial List for 2/2/2009. Trial Brief due by 1/26/2009. (lnd) (Entered: 12/31/2008) |
| 01/08/2009 | 187 | PROSECUTION VERSION *(AMENDED)* as to STANLEY JENKINS (PERRY, DANIEL) (Entered: 01/08/2009) |
| 01/09/2009 | 188 | GOVERNMENT'S PLEA MEMORANDUM by USA as to STANLEY JENKINS (PERRY, DANIEL) Modified on 1/9/2009 to clean up docket text (mnw). (Entered: 01/09/2009) |
| 01/15/2009 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to STANLEY JENKINS Conference of Counsel and Change of Plea Hearing held on 12/23/08 before Judge D. Brock Hornby. Court Reporter/Transcriber: Lori Dunbar, Telephone Number: (207) 749-4072.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.med.uscourts.gov.</span>**<br><br>**Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 4/15/2009. (DUNBAR, LORI) (Entered: 01/15/2009)** |
| 01/16/2009 | 191 | Defendant's Response to Government's Plea Memorandum #188 by STANLEY JENKINS *(MERRILL, BRUCE) Modified docket text on 1/20/2009 to correctly reflect that this is a response and not a Trial Brief. (lnd) (Entered: 01/16/2009)* |
| 01/23/2009 | 194 | MOTION to Continue *Off Trail List and for Stay of Proceedings* by STANLEY JENKINS Responses due by 2/13/2009. (MERRILL, BRUCE) (Entered: 01/23/2009) |
| 01/23/2009 | 195 | ORDER granting without objection 194 Motion to Continue trial date as to STANLEY JENKINS, but denying Motion to Stay. (1) By JUDGE D. BROCK HORNBY. (HORNBY, D.) (Entered: 01/23/2009) |
| 01/23/2009 | 196 | SPEEDY TRIAL ORDER as to STANLEY JENKINS. Time excluded from 02/02/2009 until 03/02/2009. By JUDGE D. BROCK HORNBY. (lnd) (Entered: 01/23/2009) |
| 01/23/2009 | | Reset Deadline as to STANLEY JENKINS per Speedy Trial Order #196: Ready for Trial on 3/2/2009. (lnd) (Entered: 01/26/2009) |
| 02/02/2009 | 199 | TRIAL LIST as to STANLEY JENKINS Jury Selection set for 3/2/2009 09:00 AM in Courtroom 1 before JUDGE D. BROCK HORNBY. On Trial List for 3/2/2009. Trial Brief due by NOON on 2/23/2009. (lrc) (Entered: 02/02/2009) |

| 02/06/2009 | 202 | ORDER of Court from the United States Court of Appeals re Petition for a Writ of Mandamus as to STANLEY JENKINS. (lnd) (Entered: 02/09/2009) |
|---|---|---|
| 02/18/2009 | 205 | MOTION to Continue *Trial Date* by STANLEY JENKINS Responses due by 3/11/2009. (MERRILL, BRUCE) (Entered: 02/18/2009) |
| 02/19/2009 |  | Reset Deadlines in case as to STANLEY JENKINS regarding 205 MOTION to Continue *Trial Date* - Expedited response requested by District Judge D. Brock Hornby: Response due by 2/19/2009. (mnw) (Entered: 02/19/2009) |
| 02/19/2009 | 206 | RESPONSE in Opposition by USA as to STANLEY JENKINS re 205 MOTION to Continue *Trial Date* Reply due by 3/2/2009. (Attachments: # 1 Exhibit A)(PERRY, DANIEL) Modified docket text on 2/20/2009 to delete duplicative text at attachment #1, 'Exhibit'. (lnd) (Entered: 02/19/2009) |
| 02/19/2009 | 208 | ORDER denying 205 Motion to Continue as to STANLEY JENKINS (1). I have just learned that the petition for mandamus has been denied. By JUDGE D. BROCK HORNBY. (HORNBY, D.) (Entered: 02/19/2009) |
| 02/20/2009 | 210 | NOTICE OF HEARING as to STANLEY JENKINS. Change of Plea Hearing set for 2/25/2009 04:00 PM in Courtroom 2 before JUDGE D. BROCK HORNBY. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. **Counsel shall file the prosecution version and any plea agreement at least 2 business days prior to the change of plea.** (Check for Receipt of Prosecution Version and any Plea Agreement on 2/23/2009). (lnd) (Entered: 02/20/2009) |
| 02/24/2009 | 211 | ADDITIONAL ATTACHMENTS filed by USA as to STANLEY JENKINS re 187 Prosecution Version. (PERRY, DANIEL) (Entered: 02/24/2009) |
| 02/25/2009 | 212 | PLEA AGREEMENT as to STANLEY JENKINS. (lnd) (Entered: 02/26/2009) |
| 02/25/2009 | 213 | MANDATORY PLEA AGREEMENT SUPPLEMENT as to STANLEY JENKINS. (lnd) Modified on 10/26/2009 to unseal document and make it publicly available (mnw). (Entered: 02/26/2009) |
| 02/25/2009 | 214 | Minute Entry for proceedings held before JUDGE D. BROCK HORNBY. Change of Plea Hearing and Guilty Plea entered to the Second Superseding Indictment as to Counts 1ss and 6ss; Plea accepted as to Counts 1ss and 6ss. Defendant is remanded to the custody of the United States Marshals Service. (Court Reporter Dennis Ford) (lnd) (Entered: 02/26/2009) |
| 02/26/2009 | 215 | NOTICE OF HEARING as to STANLEY JENKINS. Presentence Conference set for 6/2/2009 03:00 PM in Judge Hornby's Chambers before JUDGE D. BROCK HORNBY. Sentencing set for 6/23/2009 03:30 PM in Courtroom 2 before JUDGE D. BROCK HORNBY. (lnd) (Entered: 02/26/2009) |
| 03/09/2009 | 217 | USCA ORDER OF COURT as to STANLEY JENKINS dated February 19, 2009 denying the petition for writ of mandamus (mnw) (Entered: 03/10/2009) |

| | | |
|---|---|---|
| 05/29/2009 | 251 | NOTICE OF RESCHEDULED HEARING as to STANLEY JENKINS Sentencing set for 6/25/2009 10:00 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. (kic) (Entered: 05/29/2009) |
| 06/02/2009 | 252 | Minute Entry for proceedings held before JUDGE D. BROCK HORNBY:Presentence Conference held as to STANLEY JENKINS (Court Reporter Dennis Ford) (kic) (Entered: 06/04/2009) |
| 06/22/2009 | 258 | MOTION for *Variant Sentence* by STANLEY JENKINS Responses due by 7/13/2009. (Attachments: # 1 Exhibit Breuer Testimony, # 2 Exhibit DOJ Crack Cocaine Memo, # 3 Exhibit Letter from J. Thomas Franklin)(MERRILL, BRUCE) (Entered: 06/22/2009) |
| 06/25/2009 | 259 | Minute Entry for proceedings held before JUDGE D. BROCK HORNBY:Sentencing held on 6/25/2009 as to STANLEY JENKINS. Defendant sentenced to 210 months imprisonment to be served concurrently with Count 6 of the Second Superseding Indictment, 5 years of supervised release to be served concurrently with Count 6 of the Second Superseding Indictment, $100 special assessment and $1,200 fine on Count 1 of the Second Superseding Indictment; AND sentenced to 60 months imprisonment to be served concurrently with Count 1 of the Second Superseding Indictment, 3 years of supervised release to be served concurrently with Count 1 of the Second Superseding Indictment and $100 special assessment on Count 6 of the Second Superseding Indictment. Defendant remanded to the custody of the U.S. Marshal. Mandatory Plea Supplement to be unsealed on 10/23/2009. (Court Reporter Lori Dunbar) (kic) (Entered: 06/25/2009) |
| 06/25/2009 | 260 | ORAL ORDER granting 258 Motion Variant Sentence as to STANLEY JENKINS (1) By JUDGE D. BROCK HORNBY. (kic) (Entered: 06/25/2009) |
| 06/25/2009 | 261 | ORAL MOTION to Dismiss Counts 2, 3, 7 and 8 of the Second Superseding Indictment and Oral Motion to Dismiss Forfeiture Allegation by USA as to STANLEY JENKINS (kic) (Entered: 06/25/2009) |
| 06/25/2009 | 262 | ORAL ORDER granting 261 Motion to Dismiss Counts 2, 3, 7 and 8 of the Second Superseding Indictment and Motion to Dismiss Forfeiture Allegation as to STANLEY JENKINS (1) By JUDGE D. BROCK HORNBY. (kic) (Entered: 06/25/2009) |
| 06/25/2009 | 263 | COURT EXHIBIT LIST from Sentencing held on 06/25/09 as to defendant STANLEY JENKINS. (kic) (Entered: 06/26/2009) |
| 06/25/2009 | 264 | JUDGMENT as to STANLEY JENKINS (1), Count(s) 1, 1s, Superseded.; Count(s) 1ss, Imprisonment of 210 months to be served concurrently with Count 6 of the Second Superseding Indictment; 5 years of supervised release to be served concurrently with Count 6 of the Second Superseding Indictment; $100 special assessment; and $1,200 fine.; Count(s) 2ss-3ss, 7ss, 8ss, Dismissed on Motion of Government.; Count(s) 6ss, Imprisonment of 60 months to be served concurrently with Count 1 of the Second Superseding Indictment; 3 years of supervised release to be served concurrently with Count 1 of the Second Superseding Indictment; and $100 special assessment. Defendant remanded to the custody of the U.S. Marshal. By JUDGE D. BROCK HORNBY. (kic) (Entered: 06/26/2009) |
| 10/30/2009 | 300 | DEFENSE EXHIBITS as to STANLEY JENKINS RETURNED. Defendant's Exhibit from the Sentencing Hearing held 06/25/09 returned to Bruce M. Merrill, Esq. via U.S. mail. (mnw) (Entered: 10/30/2009) |

| 04/23/2012 | 320 | First MOTION for Writ of Habeas Corpus filed by GREGORY ODOM. Responses due by 5/14/2012. (LANGHOLTZ, JEFFREY) Modified on 4/24/2012 to remove reference to the motion being as to defendant Stanley Jenkins as the motion only applies to defendant Gregory Odom (mnw). (Entered: 04/23/2012) |
|---|---|---|
| 04/24/2012 |  | NOTICE of Docket Entry Modification regarding 320 First MOTION for Writ of Habeas Corpus : Docket entry modified by the Clerk's Office to remove reference to the motion being as to defendant Stanley Jenkins as the motion only applies to defendant Gregory Odom. (mnw) (Entered: 04/24/2012) |
| 02/12/2015 | 389 | ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3582(c)(2) as to STANLEY JENKINS. Added attorney DAVID R. BENEMAN for STANLEY JENKINS. By JUDGE D. BROCK HORNBY. (mnw) (Entered: 02/12/2015) |
| 02/12/2015 | 390 | Scheduling Order for Sentence Modification as to STANLEY JENKINS Motion or Amended Reduction Motion or Intent to Pursue due by 5/27/2015. By JUDGE D. BROCK HORNBY. (mnw) (Entered: 02/12/2015) |
| 05/14/2015 | 391 | Unopposed MOTION to Extend Time Enlarge objection date regarding 1B1.10 Report Through June 18, 2015 by STANLEY JENKINS Responses due by 6/4/2015. (BENEMAN, DAVID) (Entered: 05/14/2015) |
| 05/15/2015 | 392 | ORDER granting without objection 391 Motion to Extend Time as to STANLEY JENKINS (1) By JUDGE D. BROCK HORNBY. (HORNBY, D.) (Entered: 05/15/2015) |
| 05/15/2015 |  | Reset Deadlines as to STANLEY JENKINS - Per Order #392: Motion or Amended Reduction Motion or Intent to Pursue due by 6/18/2015. (mnw) (Entered: 05/15/2015) |
| 06/17/2015 | 393 | NOTICE of Intent to Pursue Reduction Motion-USSC Amendment by STANLEY JENKINS Responses due by 7/8/2015. (BENEMAN, DAVID) (Entered: 06/17/2015) |
| 07/08/2015 | 394 | ***INCORRECT EVENT USED - COUNSEL TO RE-FILE***OBJECTION to 393 NOTICE of Intent to Pursue Reduction Motion-USSC Amendment by USA as to STANLEY JENKINS Responses due by 7/27/2015. (PERRY, DANIEL) Modified on 7/9/2015 to indicate incorrect event used(sfw). (Entered: 07/08/2015) |
| 07/08/2015 |  | NOTICE of Docket Entry Modification as to STANLEY JENKINS regarding 394 OBJECTION to 393 NOTICE of Intent to Pursue Reduction Motion-USSC Amendment by USA as to STANLEY JENKINS :This docket entry was modified to reflect the incorrect event was used, "Objection to Document Other than a Motion" and shall be re-filed as "Response to Motion" at Clerk's Office request. (sfw) (Entered: 07/09/2015) |
| 07/09/2015 | 395 | RESPONSE in Opposition by USA as to STANLEY JENKINS re 393 NOTICE of Intent to Pursue Reduction Motion-USSC Amendment Reply due by 7/23/2015. (PERRY, DANIEL) (Entered: 07/09/2015) |
| 07/15/2015 | 396 | REPLY TO RESPONSE to 394 OBJECTION to 393 NOTICE of Intent to Pursue Reduction Motion-USSC Amendment by USA as to STANLEY JENKINS by STANLEY JENKINS (BENEMAN, DAVID) (Entered: 07/15/2015) |
| 07/23/2015 | 397 | ORDER ON MOTION TO MODIFY SENTENCE re 393 Notice of Intent to Pursue Reduction Motion-USSC Amendment as to STANLEY JENKINS (1) - By JUDGE D. BROCK HORNBY. (mnw) (Entered: 07/23/2015) |

| 07/23/2015 | 398 | AO 247 re 393 Notice of Intent to Pursue Reduction Motion-USSC Amendment as to STANLEY JENKINS (1). The sentence is reduced to 168 months. By JUDGE D. BROCK HORNBY. (mnw) (Entered: 07/27/2015) |
|---|---|---|
| 07/23/2015 | 399 | AO 247 - Page 2 as to STANLEY JENKINS.(Access to document is restricted to USA and applicable defendant only) (mnw) (Entered: 07/27/2015) |
| 07/30/2015 | 400 | NOTICE OF APPEAL by USA as to STANLEY JENKINS re 398 Order on Motion to Reduce Sentence - USSC Amendment, 397 Order on Motion to Reduce Sentence - USSC Amendment . **NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from our web site at http://www.med.uscourts.gov /operations/forms/transcript%20order.pdf MUST be completed and submitted to the Court of Appeals.**<br><br>NOTICE TO COUNSEL: Counsel should register for a First Circuit CMECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel should also review the First Circuit requirements for electronic filing by visiting the CMECF Information section at http://www.ca1.uscourts.gov/efiling.htm.<br><br>(DELAHANTY, THOMAS) (Entered: 07/30/2015) |
| 08/04/2015 |  | COPIES of Notice of Appeal Sent to Counsel as to STANLEY JENKINS re 400 Notice of Appeal. (jlg) (Entered: 08/04/2015) |
| 08/04/2015 | 401 | APPEAL COVER SHEET as to STANLEY JENKINS re 400 Notice of Appeal. (jlg) (Entered: 08/04/2015) |
| 08/04/2015 | 402 | CLERK'S CERTIFICATE as to STANLEY JENKINS re 400 Notice of Appeal. Documents Sent to U.S. Court of Appeals. (jlg) (Entered: 08/04/2015) |
| 08/04/2015 |  | Abbreviated Appeal Record Transmitted Electronically to USCA as to STANLEY JENKINS to US Court of Appeals re 400 Notice of Appeal. (jlg) (Entered: 08/04/2015) |
| 08/04/2015 | 403 | USCA Case Number as to STANLEY JENKINS 15-1899 for 400 Notice of Appeal filed by USA. (jlg) (Entered: 08/04/2015) |
| 02/05/2016 | 406 | JUDGMENT of USCA as to STANLEY JENKINS re 400 Notice of Appeal - Final Judgment (mnw) (Entered: 02/08/2016) |
| 02/05/2016 | 407 | MANDATE of USCA as to STANLEY JENKINS re 400 Notice of Appeal (mnw) (Entered: 02/08/2016) |
| 02/17/2016 |  | Appeal Record Returned as to STANLEY JENKINS: 400 Notice of Appeal - Final Judgment (bfa) (Entered: 02/17/2016) |
| 03/20/2017 | 410 | MOTION for Transcript by STANLEY JENKINS (Attachments: # 1 Letter request for sentencing transcript, # 2 Commissary Balance, # 3 Envelope)(mnw) (Entered: 03/21/2017) |
| 03/21/2017 | 411 | ORDER denying without prejudice 410 Motion for Transcript as to STANLEY JENKINS (1). A review of the record fails to reveal a pending matter for which the transcript would be necessary. The Court, therefore, denies without prejudice the motion for transcript. By MAGISTRATE JUDGE JOHN C. NIVISON. (NIVISON, JOHN) (Entered: 03/21/2017) |

| 11/09/2017 | 412 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to STANLEY JENKINS Sentencing held on 6/25/09 before Judge D. Brock Hornby. Court Reporter/Transcriber: Lori Dunbar, Telephone Number: (207) 749-4072.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.med.uscourts.gov.</span>**<br><br>**Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 2/7/2018. (DUNBAR, LORI) Modified on 2/8/2018 to terminate transcript restriction (jib). (Entered: 11/09/2017)** |
| --- | --- | --- |
| 10/19/2022 | | Case as to STANLEY JENKINS, JANEE LEARY, ROLAND DAVIS, PATRICIA MORRISON, GREGORY ODOM Reassigned to JUDGE JOHN A. WOODCOCK, JR. (clp) (Entered: 10/19/2022) |
| 11/21/2023 | 423 | Supervised Release Jurisdiction Transferred electronically via e-mail to District of Massachusetts as to STANLEY JENKINS (jad) (Entered: 11/21/2023) |

SECRET

## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **v.** ) | **Criminal No. 08-** |
| ) | **(21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846; 18** |
| ) | **U.S.C. § 2)** |
| **STANLEY JENKINS** ) | |

*08-cr-67-P-H*

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown, but not later than December 2007, and continuing until a date unknown, but no earlier than February 8, 2008, in the District of Maine and elsewhere, Defendant,

### STANLEY JENKINS

knowingly and intentionally conspired with persons known and unknown to the Grand Jury to commit offenses against the United States, namely, distribution and possession with intent to distribute controlled substances, including 5 grams or more of a mixture or substance containing cocaine base, and did aid and abet such conduct.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2. It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) apply to the conduct described herein.

A TRUE BILL,

**SIGNATURE REDACTED**
**Original on File**

_____
Assistant United States Attorney

Dated: 4/8/08

SCANNED

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| STANLEY JENKINS | Case Number:  2:08-67-001 |
| | USM Number:  26892-038 |
| | Bruce M. Merrill, Esq. |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to counts    One and Six of the Second Superseding Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) | Conspiracy to Distribute 50 Grams or More of Cocaine Base | 1/16/08 | 1 |
| 18 U.S.C. § 371 | Conspiracy to Commit Offense Against the United States | 1/16/08 | 6 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____.
☒ Counts Two, Three, Seven and Eight of the Second Superseding Indictment ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

June 25, 2009
Date of Imposition of Judgment

Signature of Judge

D. Brock Hornby, U.S. District Judge
Name and Title of Judge

6/25/09
Date Signed

Scanned by: lofn
Folder Location: Thurs
File Name: dbh 06crlj
Names of Attachments, if
any

AO 245B    (Rev. 09/08) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page   2   of   6

DEFENDANT:       **STANLEY JENKINS**
CASE NUMBER:    2:08-67-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 210 months on Count One and 60 months on Count Six, to be served concurrently.

☒   The court makes the following recommendations to the Bureau of Prisons:
     The defendant for enrollment in the 500 Hour Comprehensive Drug Treatment Program.
     The defendant serve sentence at FCI Raybrook in New York.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at                  ☐   a.m.   ☐   p.m.   on                  .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on                  .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on                        to

a                    , with a certified copy of this judgment.

                                           UNITED STATES MARSHAL

                     By                            DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/08) Judgment in a Criminal Case

Sheet 3 — Supervised Release

|  |  | Judgment—Page | 3 | of | 6 |

DEFENDANT: **STANLEY JENKINS**
CASE NUMBER: 2:08-67-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 5 years on Count One and 3 years on Count Six, to be served concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 120 days per year thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:    STANLEY JENKINS
CASE NUMBER:    2:08-67-001

## ADDITIONAL SUPERVISED RELEASE TERMS

1.  Defendant shall provide the supervising officer any requested financial information;

2.  Defendant shall report to the supervising officer any financial gains, including income tax refunds, lottery winnings, inheritances, and judgments, whether expected or unexpected. Defendant shall apply them to any outstanding court ordered financial obligations;

3.  Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests;

4.  Defendant shall not own or possess any firearm or other dangerous weapon, or knowingly be at any time in the company of anyone known by him to possess a firearm or other dangerous weapon;

5.  Defendant shall have no communication or contact with co-defendants Patricia Morrison, Roland Davis, Janee Leary, and Gregory Odom ;and

6.  Defendant shall at all times readily submit to a search of his residence, and of any other premises under his dominion and control, by his supervising officer, upon the officer's request when the officer has reasonable basis to believe that such a search will lead to the discovery of evidence of violation of the terms of supervised release. Failure to submit to such a search may be grounds for revocation.

Case 2:08-cr-00067-JAW   Document 264   Filed 06/25/09   Page 5 of 6   PageID #: 698

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  5  of  6

DEFENDANT:         STANLEY JENKINS
CASE NUMBER:       2:08-67-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 200 | $ 1,200 | $ |

☐ The determination of restitution is deferred until             . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒ the interest requirement is waived for the ☒ fine ☐ restitution.
    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page    6    of    6

DEFENDANT:        STANLEY JENKINS
CASE NUMBER:      2:08-67-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $   1,400.00        due immediately, balance due
       ☒  Any amount that the defendant is unable to pay now is due and payable during the term of incarceration. Upon release from incarceration, any remaining balance shall be paid in monthly installments, to be initially determined in amount by the supervising officer. Said payments are to be made during the period of supervised release, subject always to review by the sentencing judge on request, by either the defendant or the government.
          ☐   not later than                    , or
          ☐   in accordance     ☐  C,   ☐  D,       ☐  E, or   ☐   F below; or

**B**  ☐  Payment to begin immediately (may be combined with      ☐ C,      ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal            *(e.g., weekly, monthly, quarterly)* installments of  $                         over a period of
                    *(e.g., months or years)*, to commence            *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal            *(e.g., weekly, monthly, quarterly)* installments of  $                         over a period of
                    *(e.g., months or years)*, to commence            *(e.g., 30 or 60 days)* after release from imprisonment to a
          term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within            *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.
☐    Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:
Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.